UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARLENE K PETITT,<br><br>               Plaintiff,<br>  v.<br>CHRISTOPHER B PUCKETT,<br><br>               Defendant. | Case No. 2:21-cv-1365-RSL-TLF<br><br>ORDER DISMISSING COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, the objections to the report and recommendation, defendant's response, and the remaining record, does hereby find and ORDER:

   (1)    the Court adopts the Report and Recommendation;

   (2)    the Court GRANTS defendant's motion to dismiss (Dkt. # 13); and

   (3)    plaintiff's complaint is DISMISSED without prejudice for lack of personal jurisdiction.

Dated this 4th day of May, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DISMISSING COMPLAINT - 1